In Re: Condemnation By The Commonwealth of Pennsylvania, Department of Transportation, of Right-of-Way for Legislative Route 02302, Section 2 R/W, and Legislative Route 246 Spur, Section 13 R/W, Limited Access Highways, in Ross and McCandless Townships. WWSW Radio, Inc. *v.* Commonwealth of Pennsylvania, Department of Transportation, Appellant.

Argued November 3, 1977, before Judges WILKINSON, JR. and ROGERS, sitting as a panel of two.

*Bartley R. Simeral,* Special Assistant Attorney General, with him *Robert W. Cunliffe,* Chief Counsel, and *Robert P. Kane,* Attorney General, for appellant.

*J. Tomlinson Fort,* with him *Anthony J. Basinski,* and *Reed, Smith, Shaw & McClay,* for appellee.

OPINION BY JUDGE ROGERS, December 13, 1977:

It appearing upon an examination of the record in this case that no judgment was entered below on the jury's verdict, we are compelled to quash this appeal. *General Electric Credit Corporation v. Aetna Casualty and Surety Company,* 437 Pa. 463, 263 A.2d 448 (1970).

ORDER

AND Now, this 13th day of December, 1977, it is ordered that the appeal in this matter be and it is hereby quashed.